UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
BERNICE FRIMPONG,                                                       :
:
Plaintiff,                                     :
:      24-CV-7770 (JMF)
-v-                                        :
:          ORDER
:
MUKTI E 163RD PETROLEUM INC. et al.,                                    :
:
Defendants.                                   :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On **October 29, 2024**, Defendants were served with the Complaint, and proof of service was filed with the Court.  *See* ECF Nos. 11-13.  To date, Defendants have failed to appear in this action.  No later than **December 9, 2024**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendants or if she has any other reason to believe that Defendants have actual notice of this lawsuit.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: December 2, 2024
       New York, New York

                                                    JESSE M. FURMAN
                                              United States District Judge